1999 ME 177

**Theresa TENNEY**

v.

**Bradley BENSON and Benson Logging, Inc.**

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 17, 1999.

Decided Nov. 29, 1999.

---

Judgment affirmed with sanctions against the appellants in the amount of $500.

James B. Haddow, Bruce A. McGlauflin, Petruccelli & Martin, LLP, Portland, for plaintiff.

Thomas F. Smith, Smith & Kimball, Harrison, for defendant.

Before WATHEN, C.J., and CLIFFORD, RUDMAN, DANA, SAUFLEY, and ALEXANDER, JJ.

1999 ME 167

**STATE of Maine**

v.

**Bradley J. RAY.**

Supreme Judicial Court of Maine.

Submitted on Briefs Oct. 14, 1999.
Decided Nov. 22, 1999.

PER CURIAM.

[¶ 1] Bradley Benson and Benson Logging, Inc. (collectively Benson) appeal from a judgment entered in the Superior Court (Oxford County, *Warren, J.*) after a jury-waived trial finding him liable for breach of contract and willful trespass pursuant to 14 M.R.S.A. § 7552 (1980). Benson challenges the trial court's finding of liability and calculation of damages. As the appellant, Benson has the burden of providing us with a sufficient record that allows adequate consideration of his arguments. *See International Paper Realty Corp. v. St. Hilaire*, 525 A.2d 1035, 1035 (Me.1987). We are in no position to consider Benson's arguments because he has failed to provide us with a trial transcript. *See id.; State v. Butler*, 627 A.2d 530, 531 (Me.1993).

[¶ 2] Additionally, in the absence of a record, we find that this appeal is frivolous and without merit. *See Fleet Bank of Maine v. Hunnewell*, 633 A.2d 853, 854 (Me.1993); M.R. Civ. P. 76(F). We, therefore, impose sanctions in the amount of $500 to be paid by the appellants or their counsel.

The entry is: